# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**ILLYAK NEGRONI-SANTOS,**
**Plaintiff,**

**v.**  CIVIL NO. 05-2221(DRD)

**PLATINUM MUSIC, INC., FRANCISCO**
**TORRES DAVILA, et als.**

| MOTION | RULING |
|---|---|
| **Date Filed:** 12/09/05<br>[X] **Plff**   [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** NOTICE OF PARTIAL DISMISSAL OF COMPLAINT WITHOUT PREJUDICE<br><br>**DOCKET NO. 12** | **GRANTED**. Plaintiff in the instant case filed a notice of voluntary dismissal. Through said notice, plaintiff requests the Court to dismiss all claims against all remaining defendants in the instant case without prejudice. Understanding that Fed.R.Civ.P. 41(a)(1) authorizes plaintiffs to request a voluntary dismissal by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, and that remaining defendants have done neither, the Court hereby **GRANTS** plaintiffs' request and **DISMISSES WITHOUT PREJUDICE** all claims against all defendants in the instant case.<br><br>Judgment will be issued accordingly. |

**Date**: December 9, 2005

S/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**